1

2

3

4

5

6

7

8                    UNITED STATES  DISTRICT COURT

9                     Northern District of California

10                        San Francisco Division

11   ANTHONY MALFATTI,                        No. C 11-03142 LB

12                        Plaintiff,          **ORDER RE: JOINT STATEMENT OF**
                      v.                      **UNDISPUTED FACTS**
13
     MORTGAGE ELECTRONIC
14   REGISTRATIONS SYSTEMS, INC. *et al.*,

15                        Defendants.
     _____/

16

17       On January 2, 2013, Defendants moved for summary judgment.  *See* ECF No. 60.  Along with

18   their motion, Defendants filed a Statement of Undisputed Facts.  *See* ECF No. 60-1.  Defendants

19   stated that they "repeatedly attempted to meet and confer with counsel for Plaintiff in this case to

20   submit a joint statement," but Plaintiff's counsel did not respond.  *Id.* at 2.  Now in opposition to

21   Defendants' motion for summary judgment, Plaintiff filed his own "Statement of Disputed Facts."

22   *See* ECF No. 67-1.  Plaintiff's counsel does not explain his failure to comply with the court's

23   standing order.

24       To remedy this violation, the parties are ordered to meet and confer to produce a joint statement

25   of undisputed facts according to the following schedule:

26   •   Defendants will e-mail a copy of their proposed joint statement of undisputed facts to Plaintiff no

27       later than noon on January 24, 2013.

28   •   By 5:00 p.m. on January 24, 2013, Plaintiff will e-mail a response to Defendants with his

C 11-03142 LB (ORDER)

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT
For the Northern District of California

1    proposal.

2    • Defendants will reply no later than 10 a.m. on Friday January 25, 2013.

3    • Plaintiff shall file the joint statement of undisputed facts by noon on Friday January 25, 2013.

4    • If the parties have not agreed on a joint statement of undisputed facts by 10 a.m. on Friday

5      January 25, 2013, counsel are ordered to appear in court at noon that day.  At that time, counsel

6      shall meet and confer in person in the court's jury room.  Counsel should bring their computers

7      and their previously-exchanged proposed statements and hammer it out real time.  Should such

8      an appearance be necessary, the parties shall advise the court by contacting courtroom deputy

9      Lashanda Scott at 415-522-3140 or by e-mail to the court's proposed orders box at

10     lbpo@cand.uscourts.gov no later than 11:00 a.m. on Friday, January 25.  At that time the court

11     may reschedule the in-person meet and confer to 9:00 a.m on Saturday, January 26, 2013.

12   The schedule above sets for the court's minimum expectations.  The parties may deviate from this

13   schedule by exchanging drafts more frequently than provided above.  Failure to meet these

14   minimum expectations, however, will result in sanctions.  Because joint statements of undisputed

15   facts make the court's job easier, the court urges the parties to cooperate as much as possible.

16       After the joint statement of undisputed facts is filed, the parties may, but need not, file corrected

17   summary judgment papers that cite to the joint statement of undisputed facts.  Only the citations may

18   be changed and any corrected summary judgment papers must be filed by January 31, 2013.

19       **IT IS SO ORDERED.**

20   Dated: January 23, 2013

21                                         LAUREL BEELER
                                           United States Magistrate Judge

22

23

24

25

26

27

28

C 11-03142 LB (ORDER)