UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

ANTHONY MALFATTI,

Plaintiff,

v.

MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC. *et al.*,

Defendants.

No. C 11-03142 LB

**ORDER RE: JOINT STATEMENT OF UNDISPUTED FACTS**

On January 2, 2013, Defendants moved for summary judgment. *See* ECF No. 60. Along with their motion, Defendants filed a Statement of Undisputed Facts. *See* ECF No. 60-1. Defendants stated that they "repeatedly attempted to meet and confer with counsel for Plaintiff in this case to submit a joint statement," but Plaintiff's counsel did not respond. *Id.* at 2. Now in opposition to Defendants' motion for summary judgment, Plaintiff filed his own "Statement of Disputed Facts." *See* ECF No. 67-1. Plaintiff's counsel does not explain his failure to comply with the court's standing order.

To remedy this violation, the parties are ordered to meet and confer to produce a joint statement of undisputed facts according to the following schedule:

- Defendants will e-mail a copy of their proposed joint statement of undisputed facts to Plaintiff no later than noon on January 24, 2013.
- By 5:00 p.m. on January 24, 2013, Plaintiff will e-mail a response to Defendants with his

C 11-03142 LB (ORDER)

1  proposal.
2  • Defendants will reply no later than 10 a.m. on Friday January 25, 2013.
3  • Plaintiff shall file the joint statement of undisputed facts by noon on Friday January 25, 2013.
4  • If the parties have not agreed on a joint statement of undisputed facts by 10 a.m. on Friday January 25, 2013, counsel are ordered to appear in court at noon that day. At that time, counsel shall meet and confer in person in the court's jury room. Counsel should bring their computers and their previously-exchanged proposed statements and hammer it out real time. Should such an appearance be necessary, the parties shall advise the court by contacting courtroom deputy Lashanda Scott at 415-522-3140 or by e-mail to the court's proposed orders box at lbpo@cand.uscourts.gov no later than 11:00 a.m. on Friday, January 25. At that time the court may reschedule the in-person meet and confer to 9:00 a.m on Saturday, January 26, 2013.

The schedule above sets for the court's minimum expectations. The parties may deviate from this schedule by exchanging drafts more frequently than provided above. Failure to meet these minimum expectations, however, will result in sanctions. Because joint statements of undisputed facts make the court's job easier, the court urges the parties to cooperate as much as possible.

After the joint statement of undisputed facts is filed, the parties may, but need not, file corrected summary judgment papers that cite to the joint statement of undisputed facts. Only the citations may be changed and any corrected summary judgment papers must be filed by January 31, 2013.

**IT IS SO ORDERED.**

Dated: January 23, 2013

_____
LAUREL BEELER
United States Magistrate Judge

C 11-03142 LB (ORDER)

2