UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ANTHONY MALFATTI, | No. C 11-03142 LB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC.; and BAC HOME LOANS SERVICING, LP., | |
| Defendants. | |
| _____/ | |

On June 20, 2013, the Court granted Defendant's motion for summary judgment on the only claim remaining in this suit. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 20, 2013

LAUREL BEELER
United States Magistrate Judge

C 11-03142 LB (JUDGMENT)